LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CV-00390-AWI-GSA |
| Plaintiff, ) | **FINAL JUDGMENT OF FORFEITURE** |
| v. ) | |
| APPROXIMATELY $30,400.00 IN U.S. CURRENCY, ) ) | |
| Defendant. ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately $30,400.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on March 2, 2009, seeking the forfeiture of the defendant currency, alleging the defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq.*

3. On March 3, 2009, in accordance with the Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant currency was issued and duly executed on the defendant currency on March 9, 2009.

1       4.      Beginning on March 12, 2009, for at least 30 consecutive days, the United States published the Notice of the Forfeiture Action on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). A Declaration of Publication was filed on April 13, 2009 and an *Amended Declaration of Publication* was filed on May 19, 2009.

      5.      In addition to the publication of the forfeiture action, actual notice was personally served upon Luis Demetrio Lopez and notice was served on Maria Gaspar. To date, neither have filed a claim or answer in this case. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

      6.      The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Luis Demetrio Lopez and Maria Gaspar on May 20, 2009. Pursuant to Local Rule A-540, the United States and potential claimant Luis Demetrio Lopez thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Maria Gaspar.

      7.      Consistent with his plea agreement in *U.S. v. Luis Demetrio Lopez, et al.*, 1:08-CR-00367-AWI, Luis Demetrio Lopez now stipulates to forfeit his right, title, and interest in the defendant currency to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

      8.      Potential claimant Luis Demetrio Lopez represents and warrants that he is the sole owner of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

      1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

      2.      Judgment is hereby entered against Luis Demetrio Lopez, Maria Gaspar, and all other potential claimants who have not filed claims in this action.

      3.      Upon entry of a Final Judgment of Forfeiture, the defendant approximately $30,400.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to

law.

4.  Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

5.  Potential claimant Luis Demetrio Lopez hereby waives any and all claim or right to interest that may have accrued on the defendant currency, or any portion thereof.

6.  There was reasonable cause for the seizure and arrest of the defendant currency and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

7.  All parties will bear their own costs and attorneys' fees.

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 2, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant currency.

IT IS SO ORDERED.

**Dated:   June 30, 2009**                      **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE